Ajet Delaj et al., Respondents, v Bronx Park East Housing, Inc., Appellant. [19 NYS3d 734]—

Order, Supreme Court, Bronx County (Alison Y. Tuitt, J.), entered March 9, 2015, which denied defendant's motion to, among other things, renew plaintiffs' motion for summary judgment on their rent overcharge complaint, unanimously affirmed, with costs.

The motion court properly denied defendant landlord's third motion to renew, as it failed to show that nonpayment of rent was unknown or incapable of discovery at the time plaintiffs moved for summary judgment (*see Martin v Triborough Bridge & Tunnel Auth.*, 182 AD2d 545, 545 [1st Dept 1992], *amending* 180 AD2d 596 [1st Dept 1992]). Further, defendant improperly submitted a rent ledger for the first time in its reply papers (*see Rhodes v City of New York*, 88 AD3d 614, 615 [1st Dept 2011]). We have considered defendant's remaining contentions and find them unavailing. Concur—Tom, J.P., Sweeny, Andrias and Gische, JJ.

 The People of the State of New York, Respondent, v Melvin Holloway, Appellant. [19 NYS3d 734]—Appeals having been taken to this Court by the above-named appellant from the judgments of the Supreme Court, Bronx County (George Villegas, J.), rendered on or about November 25, 2013, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Tom, J.P., Sweeny, Andrias and Gische, JJ.